**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**STEPHEN WASHINGTON,**

      **Petitioner,**

  **v.**                       **CASE NO. 2:05-cv-160**
                                   **CRIM. NO. 2:97-cr-99**
                                   **JUDGE GRAHAM**
                                 **Magistrate Judge King**

**UNITED STATES OF AMERICA,**

      **Respondent.**


**OPINION AND ORDER**

On April 18, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects solely to the Magistrate Judge's recommendation that claim one be dismissed.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the *Report and Recommendation* petitioner's objections are **OVERRULED**.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

                                  s/James L. Graham        
                                  JAMES L. GRAHAM
                                  United States District Judge

DATE: May 15, 2006